UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

PHOENICIAN IMPORTS, INC.
as assignee of M/S CHINASIA TRADING S.A.,

    Plaintiff,

vs.

KILICLAR KATI ATIK ALUMINYUM
HURDA DEMIR CELIK SANAYI VE
TICARET A.S.,

    Defendant.
_____/

## COMPLAINT

Plaintiff, Phoenician Imports, Inc. as assignee of M/S Chinasia Trading S.A. ("Seller"), by and through undersigned counsel, hereby sues Defendant, Kiliclar Kati Atik Aluminyum Hurda Demir Celik Sanayi Ve Ticaret A.S. ("Buyer"), and states:

### JURISDICTION, PARTIES AND VENUE

1.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a)(2) and 28 U.S.C. §1332(c)(1) as the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between a citizen of a State and a citizen or subject of a foreign state.

2.    Seller is a Texas corporation with a place of business in Miami-Dade County, Florida.

3.  Buyer has its principal place of business in Turkey.

4.  This Court has specific personal jurisdiction over Buyer pursuant to F.S. §48.193(1)(a)9, as the parties entered into a contract that complies with F.S. §685.102.

5.  Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1) and (3), 28 U.S.C. § 1391(c)(2), and 28 U.S.C. § 1391(d), pursuant to the parties' contract.

6.  All conditions precedent have been fulfilled, waived, or otherwise satisfied.

## Count I -
## Breach of Contract

7.  Buyer realleges and incorporates by reference the allegations contained in paragraphs 1 through 6 as if fully set forth herein.

8.  On February 12, 2014, Buyer and M/S Chinasia Trading S.A. entered into a Scrap Purchase Contract (the "Contract"). [Exhibit A]. On February 17, 2014, M/S Chinasia Trading S.A. assigned the Contract, and all claims against Buyer related thereto, to Phoenician Imports, Inc. [Exhibit B].

9.  Pursuant to the Contract, Seller delivered scrap metal to the Buyer on or about June 20, 2014.

10. However, Buyer failed to pay Seller for the scrap metal in breach of the terms of the Contract.

11. Accordingly, Seller has been damaged.

WHEREFORE, Plaintiff, Phoenician Imports, Inc., demands judgment in its favor and against Kiliclar Kati Atik Aluminyum Hurda Demir Celik Sanayi Ve Ticaret A.S. for

damages, costs, and interest, and such other and further relief as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands trial by jury on all issues so triable as of right.

Dated: December 4, 2014

        KATZMAN, WASSERMAN,
        BENNARDINI & RUBINSTEIN, P.A.
        7900 Glades Road, Suite 140
        Boca Raton, Florida 33434
        Tel.: (561) 477-7774
        Fax: (561) 477-7447

        By: /s/ Steven M. Katzman
        STEVEN M. KATZMAN
        Fla. Bar No.: 375861
        smk@kwblaw.com
        mrm@kwblaw.com
        CRAIG A. RUBINSTEIN
        Fla. Bar No.: 77755
        car@kwblaw.com
        mrm@kwblaw.com

## SCRAP PURCHASE CONTRACT

Contract No : 0001
Date        : February 12th 2014

Buyer   : Kiliclar Kati Atik Aluminyum Hurda Demir Celik Sanayi Ve Ticaret A.S
          KAMIL TUNCA BULVARI NO: 90
          IZMIR TURKEY

Seller  : M/S Chinasia Trading S.A.
          Omar Torrijos Herrera Ave. Albrook Pancanal Plaza Bldg. Office 104, Panama City, Republic of Panama

M/S Phoenician Shipping S.A. of Omar Torrijos Herrera Ave. Albrook Pancanal Plaza Bldg, Office 104, Panama City, Republic of Panama, owners of the M/V "MARIA I" (hereinafter called the "Sellers"), have agreed to sell, and Kiliçlar kati atik alüminyum hurda demir çelik sanayi ve ticaret A.Ş of Kamil tunca bulvari no:90/2 altindag bornova- Izmir, Turkey (hereinafter called the "Buyers"), have agreed to purchase of scrap cargo (hereinafter the "cargo contract"), which consists of: (a) steel ship scraps; (b) aluminum ship scraps; (c) copper scraps, and (d) tin scraps, which is currently aboard the M/V "MARIA I" (hereinafter "Vessel").

Buyers have inspected the scrap cargo at Trinidad. The scrap cargo will be discharged at the port of Nemrut Korfezi, Ege Celik Limani, port at which the Vessel will stop for purposes of unloading the cargo prior to proceeding to the anchorage at Aliaga, Turkey, where Vessel will be delivered to KILIÇLAR DIŞ TİCARET METAL MAD. A.Ş..

M/S Phoenician Shipping S.A. and KILIÇLAR DIŞ TICARET METAL MAD. A.Ş.ç have executed a Memorandum of Agreement (MOA) dated February 12th 2014 for the sale of the Vessel. The cargo contract for the sale scrap cargo is an integral part of the MOA and vice versa and both contracts should be read and interpreted as if they were one contract. Buyers' failure to purchase the cargo as per terms and conditions of the cargo contract or Buyers' default of the cargo contract also constitutes a default by KILIÇLAR DIŞ TICARET METAL MAD. A.Ş.ç of the MOA and entitles M/S Phoenician Shipping S.A. to remedies and damages provided by the MOA. If for any reason the sale of the Vessel is canceled or not perfected, the cargo contract will be automatically cancelled and no party can make a claim for damages under the cargo contract, unless the Vessel has already arrived at the anchorage or pilot station of Nemrut Korfezi, Ege Celik Limani or cargo has already being discharged at said port.

___ (initial)                                                                 ___ (initial)

EXHIBIT A

KILIÇLAR DIŞ TİCARET METAL MAD. A.Ş.ç accepts that the cargo contract for the sale scrap cargo is an integral part of the mentioned MOA and that Buyers' failure to purchase the cargo as per terms and conditions of the cargo contract or Buyers' default of the cargo contract also constitutes a default by KILIÇLAR DIŞ TİCARET METAL MAD. A.Ş.ç of the mentioned MOA, which entitles M/S Phoenician Shipping S.A. to remedies and damages provided by said MOA. KILIÇLAR DIŞ TİCARET METAL MAD. A.Ş.ç executes this cargo contract, as third party, in acknowledgment and acceptance of the foregoing.

DESCRIPTION OF GOODS:

The goods to be delivered should perform to the following general cleanness and safety requirements of the Buyer.

Requirements of the goods are as follows;

A. Clean scrap without slag, dross, trash, wood, oily parts, grease, prohibited goods, war and explosive or armor plated material, explosive shell, bombs, mines, cartridge sealed gas cylinders and other sealed containers of any type, inflammable material, excessive rust and corrosion, dust, dirt, mud or wastes, rubber and plastic harmful material and nonmetallic materials of any kind.

B. "Scrap" subject to this agreement shall be totally free of radioactive contamination and poisonous materials exceeding the level accepted and allowed by international acceptable norms. A certificate stating the same from an independent competent certifying authority is attached.

QUANTITY :

Seller should issue Bill of Lading and a commercial invoice (that shows approximate quantity for each item goods) and will submit documents to Buyer within 3 banking days after signed MOA.

UNIT PRICE :

Steel Ship Scraps = USD 350.00/MT
Aluminum Ship Scraps = USD 1,200.00 / MT
Copper Scraps =   USD 6,000.00 / MT
Tin Scraps = USD 350.00/MT

2

___ (initial)                                                                                                   ___ (initial)

PAYMENT :

Invoice amount shall be paid in cash, upon the arrival of the relevant vessel at Buyer's nominated discharging port in NEMRUT BAY –in the account in name of Chinasia Trading S.A. in Capital Bank, Panama, account no. 01-202-00453-5. Turkish Port Authorized weigh scales will be taken as a basis for balance payment, and after discharging within 3 banking days, balance payment will be paid by Buyers or will be reimbursed by the Seller according to Turkish Port Authorized weigh scales.

DOCUMENTS

* Original Commercial Invoice

* 1/3 Original Bill of Lading   : Consignee made out to order of " KİLİCLAR KATI ATIK ALUMINYUM HURDA DEMİR CELİK SANAYİ VE TİCARET A.S  IZMIR-TURKEY , Notify ." KİLİCLAR KATI ATIK ALUMINYUM HURDA DEMİR CELİK  SANAYİ VE TİCARET A.S " , Shipper "The name of the company stated on the contract , if not ........... on behalf of the name of the company stated on the contract" and marked " Freight prepaid", "clean on board" . 1/3 Original in ship's bag.

* Original Cargo manifest certified by the vessel and customs agent at L/P
* Original Non Radiation Certificate issued by independent internationally reputable inspection Company or by authorized state unit.

**Seller should issue Bill of Lading and Commercial invoice and will submit documents to Buyer within 3 banking days after signed MOA.**

Discharge Port Agent / Stevedore damages

Discharge Port agent shall be nominated by the Buyer who will advise the Seller thereof after vessel nomination.

Receivers are permitted to use bulldozer / front loaders etc on the port alongside the vessel. However, unloading from the ship holds shall be performed with discussion with the ship captain and utilization of the ship cranes.

The Buyers is not to be obligated to repair the hidden damages occurs at the load port.

___ (initial)

3

___ (initial)

7-FORCE MAJEURE:

Neither seller nor buyers as the case may be, shall be liable for any delay or failure of performance under the contract by or resulting from any contingency (the claiming party) or which prevents the claiming party from performing, including but not limited to any calamities of nature strikes, wars, riots, embargoes, delay of carriers ,labor difficulties. If such contingencies or cause prevent performance according to this confirmation, the parties obligation shall be suspended entirely for the duration of such contingency or cause, but If suspension shall have continued for more than 30 (thirty) consecutive days, the party not claing excuse by reason of such contingency or cause shall be entitled to cancel the contract or any balance thereof by written notice given to the order party

Sellers and Buyers agree that all scraps cargo will be weighed at publicly owned Turkish Port Authorized weigh scales. It is required that the Buyers and their agents unloading the cargo weigh each and every truck when entering the port in an empty condition and record and submit a tare weigh slip. When departing in a loaded condition, each and every truck must be weighed at the weigh scale and submit the weigh slip stating the time and date of the weigh scale, amount of weight and the driver information, as to enable parties to calculate the weight of the cargo.

If for any reason the weighing process by such Port Authorities is not accurate or correct and/or there is a disagreement between the parties with respect to the weight of the cargo, the weight of the cargo will be determined by the ship's displacement before and after the discharge of the cargo. The ship's displacement must be recorded on arrival of the ship alongside by the captain of the ship and a person designated by the buyers.

Following completion of unloading, the total value of the cargo will be computed using the values mentioned above. No deductions of any kind can be made by Buyers against the value of the scrap cargo. No expenses of any kind can be charged by Buyers against value of the scrap cargo.

All fees relating to vessel's berthing and unberthing fees, tugs, pilots, docking fees, agent fees, navigational fees, port authority fees and taxes, customs, and related expenses after arrival at the anchorage or pilot station of the port of Nemrut Korfezi, Ege Celik Limani and while at the port Nemrut Korfezi, shall be borne by the sellers.

All fees related to unloading of cargo, cargo operations at Nemrut Korfezi, such as, stevedoring services, trucking services, excavator services, forklift services and expenses necessary to discharge and store cargo fees shall be borne by the buyers.

___ (initial)

4

___ (initial)

including all expenses necessary to dock and conduct cargo shall not exceed more than $3000 - $4000. If that is the case, seller agrees to pay up to a maximum of $4000 for the above stated expenses. If the charge is above $4000, it shall be on the buyer's account.

This Agreement shall be governed by and construed in accordance with either US or Panama law and any dispute arising out of this Agreement shall be referred to either the jurisdiction of the Panama Maritime Courts or US Maritime arbitration and courts at Sellers option.

FOR AND ON BEHALF OF
BUYER
YASIN KILIÇ
KİLİCLAR KATI ATIK ALUMINYUM
HURDA DEMİR CELİK
SANAYİ VE TİCARET A.S

FOR AND ON BEHALF OF
SELLER
AZHAR SAID
M/S CHINASIA TRADING S.A

___ (initial)

5

___ (initial)

## ASSIGNMENT AGREEMENT

This Assignment Agreement (the "Agreement") is made as of this 17th day of February 2014 by CHINASIA TRADING S.A., a company organized under the laws of Panama with offices at Omar Torrijos Herrera Ave, Albrook Pancanal Plaza Bldg, Office 104, Panama City, Republic of Panama, represented by Azhar Said with authority and capacity to bind the company, in favor of PHOENICIAN IMPORTS, INC., a company organized under the laws of the United States with offices at 10175 S Dixie hwy, United States, represented by Azhar Said, with full authority and capacity to bind the company.

In consideration of the funds advanced by Phoenician and in repayment of debts that Chinasia currently has with Phoenician, Chinasia hereby assigns and transfers to Phoenician all of Chinasia's rights, title and interest in the scrap metals that it purchased from Phoenician advances and to claims or causes of action of any kind that Chinasia may have now or at any time against Kiliclar Kati Atik Aluminyum Hurda Demir Celik Sanayi Ve Ticaret A.S (hereinafter "Kiliçlar") in relation to or arising from the Scrap Purchase Contract No. 0001 subscribed by Chinasia and Kiliçlar on February 12, 2014 and from Chinasia's invoice No. 61915 . The Assigned Claims include, without limitation, all claims for damages, loss of earnings, interest, costs, attorney's fees, and other rights and claims that Chinasia may have against Kiliçlar or any other party.

Chinasia warrants that this is a full and final assignment of all Assigned Claims.

Chinasia agrees to execute from time to time all documents that may be necessary to carry out the terms of this Agreement or to effect its purposes.

**IN WITNESS WHEREOF,** the parties have executed this Agreement as of the date and year first above written.

CHINASIA TRADING S.A.

_____
Azhar Said
President

EXHIBIT B